WESTERN & ATLANTIC RAILROAD COMPANY *v.* HARRIS *et al.*

ATKINSON, J. 1. The right to institute an action for the homicide of a father is, under the Civil Code, § 3828, where there is no widow, vested in the minor children of the deceased. An adult child has no right to institute such a suit. *Mott* v. *Central Railroad*, 70 *Ga.* 680; *Coleman* v. *Hyer*, 113 *Ga.* 420. Accordingly, when a suit for the homicide of a father was brought by three plaintiffs, alleging themselves to be children of the deceased, and two were adults and one a minor, a demurrer raising the objection that the adults were improperly joined as plaintiffs should have been sustained. Civil Code, § 4940.

2. In a petition in which the plaintiff is alleged to be a named person, a minor, who sues by another named person as his guardian, it is not necessary to allege when the guardian was appointed, or from what court he received his appointment. Such an allegation is sufficient to establish a prima facie right to institute the suit. Any objection to the competency of the guardian to institute the suit must be raised by a plea in abatement.

3. As against a general demurrer, the petition set forth a cause of action; and it was not subject to any of the grounds of special demurrer, except those raising the question indicated in the first headnote.

*Judgment reversed. All the Justices concur.*

Argued April 19,—Decided May 17, 1907.

Action for damages. Before Judge Fite. Catoosa superior court. February 9, 1906.

*John L. Tye* and *R. J. & J. McCamy,* for plaintiff in error.
*Payne & Payne* and *W. E. Mann,* contra.

---

MAYNARD LUMBER COMPANY *v.* McCUNE.

EVANS, J. A judgment denying a new trial will not be disturbed, where no error of law is complained of and there is evidence to support the verdict.     *Judgment affirmed. All the Justices concur.*

Argued April 19,—Decided May 17, 1907.

Foreclosure of lien. Before Judge Fite. Whitfield superior court. March 6, 1906.

*I. E. Shumate* and *J. M. Rudolph,* for plaintiff in error.
*R. J. & J. McCamy* and *C. L. Henry,* contra.